FILED

SEP 7 2018

Clerk, U.S. District Court
Texas Eastern

UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_____DIVISION

_Joe E. Thomas_

_____

_____

Name of Plaintiff(s)

vs

_Dr. Mark T. Esper_
_Secretary, Department_
_of the Army_

Name of Defendant(s)

Case Number: ~~0180108516~~

5:18cv110

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination.  Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5.  Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2.  Plaintiff, _Joe E. Thomas_, is a citizen of the United States
    (name of plaintiff)

    and resides at _1100 Dan Haskins Way apt 2104_, _Texarkana_,
                     (street address)                    (city)

    _Bowie_, _Texas_, _75501_, _903-244-0046_
     (county)   (state)   (zip)      (telephone)

3..    Defendant, _Dr. Mark T. Esper_____, resides at, or its business is
           (name of defendant)

located at _Dept of The Army Agency_, _____,
              (street address)                              (city)

_____, _____, _____, _____.
       (county)              (state)              (zip)            (telephone)

4.    Plaintiff sought employment from the defendant or was employed by the defendant

at _Red River Army Depot_____, _Texarkana_____,
           (street address)                              (city)

_Bowie_____, _Texas_____, _75503_ .
       (county)                      (state)                (zip)

5.    Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about _____August  06 - 2013_____.
                                              (month, day, year)

6.    Plaintiff filed charges against the defendant with the Equal Employment Opportunity
Commission charging defendant with the acts of discrimination indicated in paragraphs
9 and 10 of this complaint on or about _August  06 - 2013_____.
                                                          (month, day,  year)

7.    The Equal Employment Commission issued a Notice of Right to Sue which was
received by plaintiff on _____June  10th  2018_____.
                                      (month day, year)

8.  Because of plaintiff's (1) __✓__ race, (2) __✓__ color, (3) _____ sex,

(4) _____ national origin,  defendant:

a.  _____ failed to employ plaintiff.

b.  _____ terminated plaintiff's employment.

c.  _____ failed to promote plaintiff.

d.  __✓__ Other False arrest - Demeaned and debased - called a "FUCKING PReacHeR" Called a LiaR - Called a man who "sexually laid with his moTHER

9.  The circumstances under which the defendant discriminated against plaintiff were as follows:

As an employee of Red River Army Depot I was continually harassed. I was subjected To vulgarities and verbal attack Because of my faith. I was labeled a "liar" and called a man who had sexual relations with his own mother. This Disparate Treatment continued To escalate. I was arrested by ARmed security Police for unfounded charges of Terrorism. Interogated and exonerated. And yet I was again falsely accused of violating the rules of employment. I was decieved by supervision which misinformed me concerning an inservice event which Set up the first of many illegitimate write ups.

10.    The acts set forth in paragraph 9 of this complaint:

    a.    _n/a_    are still being committed by defendant.

    b.    _n/a_    are no longer being committed by defendant.

    c.    _n/a_    defendant may still be committing the acts.

11.    Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.  WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a.    _____    Defendant be directed to employ plaintiff.

    b.    _____    Defendant be directed to re-employ plaintiff.

    c.    _____    Defendant be directed to promote plaintiff.

    d.    ✓    Defendant be directed to __compensate__ and that the

Court grant such relief as may be appropriate, including injunctive orders,

damages, costs and attorney's fees.

_____
(Signature of Plaintiff)